HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARKON RESOURCES, INC.,<br><br>Defendant. | **CONSOLIDATED CASE**<br>**Lead Case No. 2:15-cv-01984-JLR**<br><br>**JOINT STATUS REPORT REGARDING** *INTER PARTES* **REVIEW PETITION**<br><br>**JURY TRIAL DEMANDED** |
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIGH GEAR SPECIALTIES INC.,<br><br>Defendant. | Case No. 2:15-cv-01985-JLR<br><br><br><br>JURY TRIAL DEMANDED |
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:15-cv-02024-JLR<br><br><br><br>JURY TRIAL DEMANDED |

JOINT STATUS REP. RE IPR PETITION - 1 -
**Case Nos. 2:15-cv-01984-JLR**,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> BRACKETRON, INC. <br><br> Defendant. | Case No. 2:16-cv-00109-JLR <br><br><br><br> JURY TRIAL DEMANDED |

Pursuant to the Court's October 14, 2016 order (Dkt. No. 66), plaintiff National Products Inc. ("NPI") and defendants Arkon Resources, Inc. ("Arkon"), High Gear Specialties Inc. ("High Gear"), Wireless Accessory Solutions, LLC, d/b/a IBOLT – Wireless Accessory Solutions, LLC ("IBOLT"), and Bracketron, Inc. ("Bracketron") (collectively, "Defendants") jointly submit the following memorandum to notify the Court that the Patent Trial and Appeal Board ("PTAB") has denied Defendants' petition for *inter partes* review.

Defendants filed a petition seeking *inter partes* review of U.S. Patent No. 6,585,212 on August 25, 2016. The Court stayed this matter pending a decision from the PTAB on whether to institute an *inter partes* review proceeding. Dkt. No. 66. The Court ordered the parties to "file a joint status report regarding the status of Defendants' IPR petition upon receiving a decision from the PTO." *Id.* at 3. On January 23, 2017, the PTAB denied Defendants' petition and declined to institute an *inter partes* review. A copy of the PTAB's decision is attached. Declaration of Jonathan T. McMichael, ¶ 3, Ex. A. Specifically, the PTAB found that Defendants had failed to establish a reasonable likelihood of succeeding on its validity challenges at trial. *Id.* at 9, 11.

The Court previously vacated all remaining deadlines in this matter. Dkt. No. 66 at 3. Given that the PTAB declined to institute *inter partes* review, the parties believe it is appropriate to resume their discovery obligations and continue with claim construction in this case. Therefore, the parties ask that the Court enter the following schedule of deadlines, subject to the Court's availability:

JOINT STATUS REP. RE IPR PETITION - 2 -
**Case Nos. 2:15-cv-01984-JLR**,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| Event | Parties' Proposal |
|---|---|
| Joint Claim Construction and Prehearing Statement (LPR 132) | April 24, 2017 |
| Parties File Simultaneous Opening *Markman* Briefs (LPR 134) | May 5, 2017 |
| Parties File Simultaneous Responsive *Markman* Briefs (LPR 134) | May 19, 2017 |
| Tutorial (if necessary) | To be set by the Court |
| *Markman* Hearing (LPR 135) | June 21, 2017 |
| Reports from Expert Witnesses Under FRCP 26(a)(2) | August 28, 2017 |
| Rebuttal Expert Reports Due | September 18, 2017 |
| All motions related to discovery must be noted on the motion calendar pursuant to LCR 7(d)(3) or LCR 37(a)(2) | October 16, 2017 |
| Discovery Completed By | November 3, 2017 |

In addition to the proposed deadlines set forth above, the parties agree that if any discovery requests were pending when the Court granted Defendants' requested stay (Dkt. No. 66), the deadline for responding to those requests is hereby extended fourteen (14) days from the date of entry of this order.

Defendants also wish to advise all parties and the Court that Defendants will be filing a request for rehearing of the PTAB's decision declining to institute an *inter partes* review. If that request is granted, Defendants will again move the Court to stay the case.

JOINT STATUS REP. RE IPR PETITION  - 3 -
**Case Nos. 2:15-cv-01984-JLR**, 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Dated: February 14, 2017

Respectfully submitted,

FENWICK & WEST LLP

By: *s/Jonathan T. McMichael*
David K. Tellekson, WSBA No. 33523
Ewa M. Davison, WSBA No. 39524
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: dtellekson@fenwick.com
edavison@fenwick.com
jmcmichael@fenwick.com
jkaempf@fenwick.com

*Attorney for Plaintiff*
*National Products Inc.*

Dated: February 14, 2017

Respectfully submitted,

By: *s/Daniel J. Velloth*
Rodney L. Umberger, WSBA No. 24948
Daniel J. Velloth, WSBA No. 44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Ste. 4100
Seattle, WA 98101-2380
Tel: 206.628.6600
Fax: 206.628.6611
Email: rumberger@williamskastner.com
dvelloth@williamskastner.com

Thomas L. Kautz
GRAY ROBINSON, P.A.
401 East Las Olas Blvd., Ste. 1000
Fort Lauderdale, FL 33301
Tel.: 954.761.8111
Fax: 954.761.8112
E-mail: jkuntz@gray-robinson.com
tkautz@gray-robinson.com

*Attorneys for Defendant*
*High Gear Specialties Inc.*

JOINT STATUS REP. RE IPR PETITION - 4 -
**Case Nos. 2:15-cv-01984-JLR**, 2:15-cv-01985-JLR, 2:15-cv-02024-JLR, 2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | | |
|---|---|---|
| 1 | Dated: February 14, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By: *s/James E. Breitenbucher* |
| | | Jayson W. Sowers, WSBA No. 27618 |
| 4 | | James E. Breitenbucher, WSBA No. 27670 |
| | | RIDDELL WILLIAMS P.S. |
| 5 | | 1001 Fourth Avenue, Suite 4500 |
| | | Seattle, WA 98154-1192 |
| 6 | | Tel:    206.624.3600 |
| | | Fax:   206.389.1708 |
| 7 | | Email: jsowers@riddellwilliams.com |
| | | jbreitenbucher@riddellwilliams.com |
| 8 | | |
| 9 | | Marc A. Karish (admitted *pro hac vice*) |
| | | KARISH & BJORGUM, PC |
| 10 | | 119 E. Union Street, Suite B |
| | | Pasadena, CA 91103 |
| 11 | | Tel:    213.785.8070 |
| | | Fax:   213.995.5010 |
| 12 | | Email: marc.karish@kb-ip.com |
| 13 | | *Attorneys for Defendant* |
| | | *Arkon Resources, Inc.* |
| 14 | | |
| | | *Attorneys for Defendant* |
| 15 | | *Wireless Accessory Solutions, LLC,* |
| | | *d/b/a iBolt – Wireless Accessory* |
| 16 | | *Solutions, LLC* |

Dated: February 14, 2017                 Respectfully submitted,

By: *s/Robert J. Carlson*
    Robert J. Carlson, WSBA No. 18455
    LEE & HAYES PLLC
    One Convention Place
    701 Pike Street, Ste. 1600
    Seattle, WA 98101
    Tel:    206.315.4001
    Fax:    206.315.4004
    Email:  bob@leehayes.com

    Terrance C. Newby (admitted *pro hac vice*)
    E. Casey Beckett (admitted *pro hac vice*)
    Kristian C.S. Weir (admitted *pro hac vice*)
    MASLON LLP
    Wells Fargo Center
    90 South Seventh St., Ste. 3300
    Minneapolis, MN 55402
    Tel:    612.672.8328
    Fax:    612.672.8328
    Email:  terry.newby@maslon.com
            casey.beckett@maslon.com
            kristian.weir@maslon.com

*Attorneys for Defendant*
*Bracketron, Inc.*

---

JOINT STATUS REP. RE IPR PETITION — - 6 -
**Case Nos. 2:15-cv-01984-JLR**,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on February 14, 2017, I caused the foregoing **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITION** to be served on the following parties as indicated below:

| Party | Method |
|---|---|
| **Jayson W. Sowers** (WSBA No. 27618)<br>**James E. Breitenbucher** (WSBA No. 27670)<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br><br>*Attorneys for Defendants Arkon Resources, Inc.; Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>jsowers@riddellwilliams.com<br>jbreitenbucher@riddellwilliams.com |
| **Marc A. Karish** (admitted *pro hac vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br><br>*Attorneys for Defendant Arkon Resources, Inc.; Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>marc.karish@kb-ip.com |
| **Rodney L. Umberger** (WSBA No. 24948)<br>**Daniel J. Velloth** (WSBA No. 44379)<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Ste. 4100<br>Seattle, WA 98101-2380<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com |
| **Thomas L. Kautz** (admitted *pro hac vice*)<br>GRAY ROBINSON, P.A.<br>401 East Las Olas Blvd., Ste. 1000<br>Fort Lauderdale, FL 33301<br><br>*Attorneys for Defendant*<br>*High Gear Specialties Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>tom.kautz@gray-robinson.com |

JOINT STATUS REP. RE IPR PETITION   - 7 -<br>
**Case Nos. 2:15-cv-01984-JLR**,<br>
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,<br>
2:16-cv-00109-JLR

FENWICK & WEST LLP<br>
1191 SECOND AVENUE, 10TH FLOOR<br>
SEATTLE, WASHINGTON 98101<br>
TELEPHONE 206.389.4510<br>
FACSIMILE 206.389.4511

| | |
|---|---|
| **Robert J. Carlson** (WSBA No. 18455)<br>LEE & HAYES PLLC<br>One Convention Place<br>701 Pike Street, Ste. 1600<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>bob@leehayes.com |
| **Terrance C. Newby** (admitted *pro hac vice*)<br>**E. Casey Beckett** (admitted *pro hac vice*)<br>**Kristian C.S. Weir** (admitted *pro hac vice*)<br>MASLON LLP<br>Wells Fargo Center<br>90 South Seventh St., Ste. 3300<br>Minneapolis, MN 55402<br><br>*Attorneys for Defendant Bracketron, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>terry.newby@maslon.com<br>casey.beckett@maslon.com<br>kristian.weir@maslon.com |

Dated: February 14, 2017

By: *s/Sharie L. Parks*
For Jonathan T. McMichael, WSBA No. 49895
FENWICK & WEST LLP

JOINT STATUS REP. RE IPR PETITION   - 8 -
**Case Nos. 2:15-cv-01984-JLR**,
2:15-cv-01985-JLR, 2:15-cv-02024-JLR,
2:16-cv-00109-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511