# Exhibit V

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3   _____
                                   )
 4   NATIONAL PRODUCTS, INC.       ) CAUSE NO.
                                   ) 2:18-CV-02936-AG
 5           Plaintiff,            ) SSX
                                   )
 6   v.                            )
                                   )
 7   ARKON RESOURCES, INC.,        )
                                   )
 8           Defendant.            )
     _____)
 9
10       (CONFIDENTIAL - ATTORNEYS EYES ONLY)

11

12       RULE 30(B)(6) ORAL DEPOSITION OF

13            CHAD MICHAEL REMMERS

14         WEDNESDAY, JULY 11th, 2018

15              VOLUME I OF I

16

17      ORAL DEPOSITION OF CHAD MICHAEL REMMERS,

18   produced as a witness at the instance of the

19   Plaintiff, and duly sworn, was taken in the

20   above cause on July 11th, 2018, from 9:03 a.m.

21   to 3:01 p.m. before Patrick J. Heard, CCR, in

22   and for the State of Washington, reported by

23   machine shorthand, at the law office of Fox

24   Rothschild, LLC, 1001 Fourth Street, Suite

25   4500, Seattle, Washington, pursuant to Notice.
```

**ORIGINAL**

**READ AND SIGN**



hglitigation.com

NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 2

```
 1           A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4        KARISH & BJORGUM
 5        119 Union Street, Suite B
 6        Pasadena, California 91103
 7        213-785-8070
 8        marc.karish@kb-ip.com
 9        BY:  MARC A. KARISH, ATTORNEY AT LAW
10
11   FOR THE DEFENDANT:
12        FENWICK & WEST, LLP
13        1191 Second Avenue, 10th Floor
14        Seattle, Washington 98101
15        206-389-4560
16        dtellekson@fenwick.com
17        BY:  DAVID K. TELLEKSON, ATTORNEY AT LAW
18
19
20
21
22
23
24
25
```



Page 75

```
 1   the '212 Patent?
 2        A.   I believe it is, yes.
 3        Q.   Okay.  Do you know if there were any
 4   other products that are not currently
 5   manufactured and sold that practice the '212
 6   Patent of NPI?
 7        A.   I don't believe so.
 8        Q.   Okay.  So I just want to go through
 9   these one by one.
10             So looking at the first product, it
11   is called the "RAM Universal Laptop
12   Tough-TrayTM Cradle."  Can you please tell me
13   when that product was first sold?
14        A.   I believe it was May 2002,
15   approximately.
16        Q.   Okay.
17        A.   These are all approximates.
18        Q.   Okay.  And do you know when it was
19   first offered for sale?
20        A.   I don't know the first order date.
21        Q.   Okay.  Okay.  And I believe you said
22   that the first prototype was probably done
23   prior to when the patent was filed on -- in
24   August of 2001; is that correct?
25        A.   I believe so, yes.
```



hglitigation.com

NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 76

1   Q.  Okay.  So you believe it took
2   approximately nine months more to sell the
3   first product; is that right?
4   A.  To ship the first product, yes.
5   Q.  Okay.  And do you know what that --
6   why it took that long?
7   A.  It takes a long amount of time to
8   tool the different molds required to make that
9   product and then to produce the parts and to
10  package, ship the product.
11  Q.  Okay.  Do you know whether the RAM
12  Universal Laptop Tough-Tray products are
13  labeled with the '212 Patent number?
14  A.  I don't believe the number.
15  Q.  Do you believe they have any markings
16  on them about the patent?
17  A.  I believe that it calls out -- it's
18  either "Patent" or "Patent pending" with the
19  web URL.  And at that web URL we have links on
20  the home page that go to our intellectual
21  property pages or page.
22  Q.  Okay.  So you believe that the
23  product itself has an NPI web address on it?
24  A.  Yes.
25  Q.  Okay.  And the web address on there

hglitigation.com



Page 77

1  is specific to the Patents and Trademark page?
2      A.   No.
3      Q.   Okay.  It's just the main website?
4      A.   Which has a link to the IP page, yes.
5      Q.   Okay.  And again, to be clear, it
6  doesn't -- strike that.
7           Did the marking of the Arkon --
8  strike that one again.
9           Did the marking with the NPI web page
10  get added at some point or was it always on
11  there?
12     A.   I believe it is always there, but I'm
13  not 100 percent certain.
14     Q.   Okay.  So the products were not
15  modified since the start of this litigation to
16  change the way -- the way that they're marked
17  with regard to the patent, correct?
18     A.   I don't believe so.
19     Q.   Okay.  And did those tablet products
20  come in packaging?  Sorry, let me just reask
21  it.  I misphrased it.
22          Do those laptop Tough-Tray products
23  come in packaging?
24     A.   Yes.
25     Q.   Okay.  And is there anything on the



Page 78

```
 1   packaging with the patent number, the '212
 2   Patent?
 3        A.   I believe included in all of our
 4   products there is a pamphlet.  I'm not 100
 5   percent certain if it comes with or includes
 6   all the patent numbers, but it refers to the
 7   intellectual property page for reference, I
 8   believe.
 9        Q.   Okay.  And is there anything else
10   that is shipped with the product that would
11   indicate that the product -- the Universal
12   Laptop Tough-Tray product is within the scope
13   of the '212 Patent?
14        A.   Just the part marked with the patent
15   -- that is patented into the flier that comes
16   with it.  Only two things I can think of.
17        Q.   Okay.  And again, there's nothing
18   specific that says this product is covered by
19   U.S. Patent No. 6,585,212?
20        A.   Not to my knowledge.
21        Q.   Okay.
22             MR. KARISH:  Another one.
23             (Exhibit No. 25 was marked for
24             identification.)
25
```

Page 79

```
 1   BY MR. KARISH:
 2       Q.   Okay.  So you've been handed Exhibit
 3   25.  It is entitled "RAM Universal Laptop
 4   Tough-Tray Cradle."
 5            Do you see that?
 6       A.   I do see it, yes.
 7       Q.   Okay.  Can you tell me what this
 8   document is?
 9       A.   The document's comprised of many
10   images and drawings and what appears to be
11   possibly a screen capture of our website.
12       Q.   Okay.  So just looking at the first
13   three pages, just for clarity.
14            So the first three pages of the
15   document in the lower left it says,
16   "http://www.rammount.com/part/RAM-234-3."
17            Do you see that?
18       A.   I do see that, yes.
19       Q.   Is it your understanding that this is
20   a web page for the RAM Universal Laptop
21   Tough-Tray Cradle?
22       A.   It appears to be, yes.
23       Q.   Okay.  So looking at the web page, is
24   there any indication that the RAM Universal
25   Laptop Tough-Tray is covered by the '212
```



Page 83

```
 1        A.   To clarify, I'm not sure if the ball
 2   attached to this had it at the time, the round
 3   ball.
 4        Q.   But the round ball would have had the
 5   '212 Patent?
 6        A.   No.
 7        Q.   Oh, it would have said -- strike
 8   that.
 9             What would the ball have said, if you
10   remember?
11        A.   I'm not sure if the ball said
12   "Patent" or "Patent pending" at the time this
13   was done.
14        Q.   Okay.  I think that's enough with
15   Exhibit 25 for now.
16             Can you mark this, please, as 26.
17             (Exhibit No. 26 was marked for
18             identification.)
19   BY MR. KARISH:
20        Q.   Okay.  So you've been handed what's
21   been marked as Exhibit 26.
22             Do you recognize Exhibit 26?
23        A.   It appears to be a snapshot of our
24   Patent and Trademark page from, I'm guessing,
25   2018 time span or, no, sorry.  Probably 2015
```



NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 84

```
 1   based on the URL.
 2        Q.   Okay.  So looking at the Patents and
 3   Trademark page, does that page associate any
 4   patent with any specific product?
 5        A.   No, it does not.
 6        Q.   Looking at the page, are the patents
 7   organized any particular way that you're aware
 8   of?
 9        A.   I don't know.
10        Q.   Because they don't appear to be --
11   even be in chronological order; so you have no
12   idea why they're listed this way?
13        A.   I don't know.
14        Q.   Okay.  Who is in charge of the patent
15   and trademark web page?
16        A.   I believe at this time it was Aaron
17   Hersey.
18        Q.   Okay.  Let's put 26 away and let's go
19   back to 24, and I just want to move on to the
20   next NPI product, the RAM Tough-Tray II
21   Universal Tablet and Netbook Holder.
22             Can you please tell me when that
23   product was first sold?
24        A.   I believe it was 2008.  I can't
25   remember a month.
```



Page 85

1   Q.   Okay.  And can you tell me if the RAM
2   Tough-Tray II product was marked with the '212
3   Patent number?
4   A.   I don't believe the number.
5   Q.   Moving forward, was there any
6   indication on the RAM Tough-Tray II that that
7   product was encompassed by the '212 Patent?
8   A.   I believe the marking stating it was
9   patented with the web URL is what we had on the
10  product.
11  Q.   And again, to be clear, the web URL
12  is the general -- the main address of RAM,
13  correct?
14  A.   The home page.  The website, yes.
15  Q.   Okay.  So, again, there was no
16  specific call-out to either the '212 Patent
17  number itself or to the Patents and Trademark
18  page on the product, correct?
19  A.   Correct.
20  Q.   Okay.  Did the RAM Tough-Tray II
21  product come in packaging?
22  A.   Yes.
23  Q.   Okay.  And was any of the packaging
24  labeled with the '212 Patent number?
25  A.   I don't believe so.



NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 86

```
 1      Q.   Okay.  Was any of the -- strike that.
 2           Was there anything on the packaging
 3   to indicate that the RAM Tough-Tray II was
 4   subject to the '212 Patent?
 5      A.   As I mentioned in prior testimony, I
 6   believe just the flier that listed the web URL
 7   with the IP page.  I'm not certain if it had
 8   the patent numbers on that flier.
 9      Q.   Okay.  And when you say "the patent
10   numbers," you mean all of the patent numbers?
11      A.   Yes.
12      Q.   Okay.  And do you recall whether the
13   Patents and Trademarks page of the NPI website
14   ever identified which patents were correlated
15   to a specific product?
16      A.   I don't know.
17      Q.   But you have no memory of ever doing
18   it?
19      A.   I don't know.
20      Q.   Is there anything else, either in the
21   packaging or associated with the RAM Tough-Tray
22   II product, that would tell someone that the
23   RAM Tough-Tray II product falls within the
24   scope of the '212 Patent?
25      A.   The marking on the product stating it
```



Page 87

1  was patented would be the indication.
2      Q.   Okay.  So moving on to the third
3  product, the Universal Spring Loaded Cradle for
4  Medium Size Handheld Devices.  Can you tell me
5  when that product was first sold?
6      A.   I believe 2004.
7      Q.   Okay.  And can you tell me whether
8  the Universal Spring Loaded Cradle for
9  Medium-Size Handheld Devices was marked with
10 any indication that that product was within the
11 scope of the '212 Patent?
12     A.   I believe the product's marked with
13 patent or patent pending with the web URL.
14     Q.   And again, when you say "the URL,"
15 you mean the main NPI page, correct?
16     A.   The home page, correct.
17     Q.   So, again, this product was not
18 marked with the specific Patent and Trademark
19 page, correct?
20     A.   Just the patent or -- pardon me.  The
21 word "patent" or "patent pending" in the web
22 URL, yes.
23     Q.   I'm sorry it's repetitive, but I'm
24 going to ask the same questions again.  Is that
25 Universal Spring Loaded Cradle for Medium-Size



Page 88

1  Handheld Devices shipped and packaged?
2      A.  Yes, it was.
3      Q.  Okay.  Is there anything on that
4  packaging or in the packaging that identifies
5  the Universal Spring Loaded Cradle for
6  Medium-Size Handheld Devices as being within
7  the scope of the '212 Patent?
8      A.  It had the same packaging as the
9  prior two items.
10     Q.  Okay.  So to be clear, the '212
11 Patent number is not on any of the packaging
12 for the Universal Spring Loaded Cradle for
13 Medium-Size Handheld Devices, correct?
14     A.  As I testified before, I'm not
15 certain if it's on -- the patent number's on
16 the flier that includes in the package.
17     Q.  Correct.  But it's not on the
18 packaging itself?
19     A.  Oh, no, it's not.
20     Q.  Okay.  And with regard to the flier
21 that is inside, again, that's the same flier
22 that would have been in the other packaging?
23     A.  That is correct.
24     Q.  Okay.  And so that flier may or may
25 not have listed all of NPI's patent numbers,



NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 89

1  correct?
2      A.   That's correct.
3      Q.   Okay.  To clarify the flier again,
4  are you referring to a little booklet that is
5  shipped within the packaging that has -- it's a
6  fold-out booklet?
7      A.   Okay.
8      Q.   And that booklet has between 10 and
9  20 little pages in it?
10     A.   I'm not certain of the total page
11 count.  More than one.
12     Q.   That's fair.
13          But those pages show many different
14 NPI products, correct?
15     A.   Correct.  I believe the back cover
16 has the IP property information, if I recall
17 correctly.  But once again, I'm not 100 percent
18 certain.
19     Q.   But again, there's no page in that
20 flier that correlates the '212 Patent with the
21 Universal Spring Loaded Cradle for Medium-Size
22 Handheld Devices, correct?
23     A.   Correct.
24     Q.   Okay.  So let me go on to the last of
25 the four different products here.  It is the



NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 90

```
 1   RAM Quick-Grip Spring Loaded Cradle for Cell
 2   Phones.
 3           Do you see that -- there's a picture
 4   of it shown on page 11 of Exhibit 24.
 5       A.  Yes.
 6       Q.  Okay.  Can you tell me when that
 7   product was first sold?
 8       A.  I believe the year was 2005.
 9       Q.  And can you tell me whether the RAM
10   Quick-Grip Spring Loaded Cradle for Cell Phones
11   was marked with the '212 Patent number?
12       A.  I believe, like the other products,
13   it had patent or patent pending with the web
14   URL.
15       Q.  And again, for clarity, the web URL
16   is the main address of that NPI web page,
17   correct?
18       A.  Correct.
19       Q.  Okay.  Is the Quick-Grip Spring
20   Loaded Cradle for Cell Phones shipped in
21   packaging?
22       A.  Yes.
23       Q.  And is that packaging the same as the
24   packaging that we've been previously discussing
25   with regard to the other NPI products?
```



Page 91

```
 1       A.   Yes.
 2       Q.   Okay.  So, to clarify, there's
 3   nothing on the packaging for the RAM Quick-Grip
 4   Spring Loaded Cradle for Cell Phones that
 5   correlates the product with the '212 Patent,
 6   correct?
 7       A.   Correct.
 8       Q.   Okay.  And the RAM Quick-Grip
 9   product, is that also shipped with the flier
10   that we previously discussed?
11       A.   It is.
12       Q.   Okay.  And that's the same flier that
13   may or may not list all of NPI's different
14   patent numbers, correct?
15       A.   That is correct.
16       Q.   Okay.  And -- strike that.
17            So -- and there's nothing in that
18   flier, though, that correlates the RAM
19   Quick-Grip Spring Loaded Cradle for Cell
20   Phones directly with the '212 Patent,
21   correct?
22       A.   That's correct.
23       Q.   Okay.  We talked about the Tough-Tray
24   web page.  Okay.  So I just want to ask you
25   about the other ones.  So the Tough-Tray II
```



Case 2:18-cv-02936-AB-SS Document 170-23 Filed 10/25/18 Page 18 of 20 Page ID #:2719
NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 92

```
 1   Universal Tablet and Netbook Holder, are there
 2   pages on NPI's website specifically directed to
 3   that product?
 4        A.   I would think so, yes.
 5        Q.   Okay.  And do you know if any of
 6   those pages list the '212 Patent number?
 7        A.   I don't know.
 8        Q.   Okay.  But you're not aware of them
 9   being so?
10        A.   I don't know either way.
11        Q.   Okay.  And same with the Universal
12   Spring Loaded Cradle for Medium-Size Handheld
13   devices.  Do you know whether there are pages
14   specifically directed to those devices on the
15   NPI website?
16        A.   I would think so.
17        Q.   And do you know whether any of those
18   pages correlate the Universal Spring Loaded
19   Cradle for Medium-Size Handheld Devices with
20   the '212 Patent?
21        A.   I don't know.
22        Q.   Okay.  Last one, RAM Quick-Grip
23   Spring Loaded Cradle for Cell Phones.  Do you
24   know whether there are pages specific to those
25   products on the NPI website?
```



Page 93

```
 1        A.   I believe so, yes.
 2        Q.   Okay.  And do you know whether any of
 3   those peoples specifically correlate the RAM
 4   Quick-Grip Spring Loaded Cradle for Cell Phones
 5   with the '212 Patent?
 6        A.   I don't know.
 7        Q.   Okay.  So I think we've established
 8   that NPI does not put the '212 Patent number on
 9   any of its products; is that correct?
10        A.   I don't know.  The patent number
11   itself?
12        Q.   Yes.
13        A.   On the products, no.
14        Q.   Okay.  Can you tell me is there a
15   reason that NPI does not do that?
16        A.   I don't know.
17        Q.   Okay.  Who decided whether -- sorry.
18   Strike that.
19             Who decides how to mark the
20   products with the phrase, "Patented"?
21        A.   Jeff Carnevali is in charge of
22   tooling, which would be the point in which he
23   would do that.
24        Q.   Okay.  To your knowledge, does NPI
25   ever modify its tooling to change the
```



NATIONAL PRODUCTS, INC.: CHAD MICHAEL REMMERS - CONFIDENTIAL - AEO

Page 176

1  REPORTER'S CERTIFICATE

2  STATE OF WASHINGTON

3

4  I, PATRICK J. HEARD, Certified Shorthand

5  Reporter, do hereby certify that the witness

6  whose deposition is herein before set forth was

7  duly sworn, and that such deposition is a true,

8  correct, and full record of the testimony

9  given.

10  I further certify that I am not related

11  to any of the parties to this action by blood

12  or by marriage, and that I am in no way

13  interested in the outcome of this matter.

14  IN WITNESS WHEREOF, I have hereunto set

15  my hand this 16th day of July, 2018.

16

17  *Patrick J. Heard*
   _____

18  PATRICK J. HEARD, Shorthand Reporter
    Washington State CCR No. 3302
19  Expiration date: 10/12/2018
    DALLAS 69

20

21

22

23

24

25



hglitigation.com