# Exhibit W



# Patents and Trademarks

RAM® products are covered under one or more of the following patents, with numerous patents pending:

**Patents**

| | | | | |
|---|---|---|---|---|
| US 8,911,246 | US RE 42,581 E1 | US D517,401 S | US 8,544,161 B2 | US 7,508,661 B2 |
| US 20130047384 A1 | US RE 43,806 E | US 7,481,404 B2 | US 5,845,885 A | US 8,061,516 B2 |
| US 8,792,234 B2 | US 7,954,773 B2 | US D588,903 S | US 7,273,203 B2 | US 7,891,618 B2 |
| US 8,821,173 B2 | US 8,136,217 B2 | US D585,897 S | US 7,431,251 B2 | US 8,179,672 B2 |
| US 8,701,912 B2 | US 7,894,180 B2 | US 7,090,181 B2 | US 7,277,239 B2 | US 8,056,714 B2 |
| US 8,590,855 B2 | US 7,849,630 B2 | US 8,113,564 B2 | US 7,551,458 B2 | US 7,850,032 B2 |
| US 8,550,013 B2 | US RE 42,060 E | US 7,464,814 B2 | US D590,696 S | US 7,887,018 B2 |
| US 8,505,861 B2 | US 7,850,133 B2 | US 6,902,089 B2 | US 7,583,495 B2 | US 8,235,340 B2 |
| US 8,177,178 B2 | US 8,322,768 B2 | US 7,040,590 B2 | US 6,585,212 B2 | US 7,495,895 B2 |
| US 7,891,719 B2 | US 7,839,118 B2 | US 6,840,487 B2 | US D564,062 S | US 8,037,904 B2 |
| US 8,176,603 B2 | US 7,802,768 B2 | US 7,571,522 B2 | US 7,431,531 B2 | US 8,366,469 B2 |
| US 8,157,310 B2 | US 7,802,832 B2 | US 7,594,631 B1 | US 7,464,813 B2 | US 8,366,468 B2 |
| US 8,162,368 B2 | US D571,278 S | US 7,025,315 B2 | US 7,417,855 B2 | US 8,056,752 B2 |
| US 8,091,850 B2 | US 7,647,676 B2 | US 7,320,450 B2 | US 7,523,528 B2 | US 7,762,512 B2 |
| US 7,374,142 B2 | US 7,774,973 B2 | US 7,426,108 B2 | US 5,746,147 A | US 7,682,543 B2 |
| US 8,156,681 B2 | US D574,204 S | US 7,422,184 B2 | US 6,581,892 B2 | US 8,020,828 B2 |
| US 7,017,243 B2 | US 7,607,622 B2 | US D551,058 S | US 7,823,844 B2 | US 7,914,059 B2 |
| US 8,201,788 B2 | US 7,398,952 B2 | US 6,561,476 B2 | US 7,298,611 B1 | US 8,066,313 B2 |
| US 8,186,636 B2 | US D588,902 S | US 7,523,911 B2 | US 7,296,752 B2 | US 7,594,633 B2 |
| US 7,975,971 B2 | US 7,461,826 B2 | US 7,525,696 B2 | US 8,074,951 B2 | US 7,731,140 B2 |
| US 7,959,116 B2 | US 7,523,904 B2 | US D589,327 S | US 7,573,706 B2 | US 8,454,178 B2 |
| US 7,997,554 B2 | US 7,277,240 B2 | US 7,315,453 B1 | US D563,781 S | US D703,657 S |
| US 7,988,106 B2 | US 6,666,420 B1 | US 8,622,359 B2 | | US 9,003,626 B2 |
| US D682,278 S | | | | |
| US D696,671 S | | | | |

RAM Mount, Round-A-Mount, Just RAM It!, R-A-M Mounting Systems, Team RAM, RAM Compatible, RAM Rod, Tough-Tray, Tough-Dock, Tilt-n-Turn, Mirror-Mate, Tough-Hub, Secure-n-Motion, Twist-n-Tilt, Finger-Grip, Tough-Box, Quick-Draw, Drop-n-Lock, No-Drill, Adjust-a-Pole, Remove-a-Pole, Quick Snap, EZY-Mount, EZ-On/Off, Lil' Buddy, EZ-Roll'r, AQUA BOX, Slide-n-Lock, Hourglass Shape, Seat-Mate, Handi-Case, Multi-Pad, Twist-Lock, Tele-Pole, RAM Tube, Power Grip, Snap Link, Power Plate, No Drill Base, Tab-Tite, Adapt-A-Post, RAM-ROD, X-Grip, Dock-N-Lock, Tab-Lock, Mari-Rivet, Mari-Nut, Tough-Ball, Roto-View, Uni-Conn, Light-Speed, EZ-ON/OFF, Twist and Tilt, Twist and Turn, ToughBox, Finger Grip, Quick Draw Jr, Laptop Screen Disabler, MDT-Mate, Tilt-and-Turn, Mighty-Buddy, EZ-Strap, RAM-TUBE, Tough-Trays, Safe-N-Secure, Safe-T-Charge, EZ-ROLL'R, Latch-N-Lock, RAM-A-CAN, 3-D Float System, Flex Base, Flex Lens, Flex Rod, Level Cup, Level-It, Morph-Base, Pin Lock, Power-Plate, Press-N-Lock, RAM Tube Jr, Ratchet Arm, ROD V, Seat Mate, Shock Buster, Snap Link, Twist Lock, Tele-Mount, Wedge Lock, Tough-Clamp, Power-Grip, STACK-N-STOW, Tough-Tube, Bond-A-Base, Your Best Connection, GDS Skin, GDS Case, GDS Sleeve, GDS Dock, GDS Cradle, GDS Cup, GDS, GDS Technology, GDS Tech, GDS Compatible, D Shape, IntelliSkin **are either registered trademarks or trademarks of National Products Inc. in the United States and or other countries.**

The distinctive D Shape™ of the GDS™ connector is a trademark of National Products Inc.





RAM® double socket arms with their distinctive Hourglass Shape® are designed and recognized to provide the best possible performance for most any application. The Hourglass Shape® is a registered trademark of National Products Inc.



