1

2 [Attorneys on Next Page]

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12  NATIONAL PRODUCTS INC.,              Case No.: 2:18-CV-02936-AB (SSx)

13              Plaintiff,               **STIPULATION OF DISMISSAL
                                          WITH PREJUDICE PURSUANT
14        v.                              TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

15  ARKON RESOURCES, INC.,               Judge:      Hon. André Birotte Jr.
                                         Trial Date:  April 16, 2019
16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  JONATHAN T. MCMICHAEL (CSB No. 304737)
   jmcmichael@fenwick.com
2  DAVID K. TELLEKSON (admitted *pro hac vice*)
   dtellekson@fenwick.com
3  EWA M. DAVISON (admitted *pro hac vice*)
   edavison@fenwick.com
4  JESSICA M. KAEMPF (admitted *pro hac vice*)
   jkaempf@fenwick.com
5

6  FENWICK & WEST LLP
   1191 Second Avenue, 10th Floor
7  Seattle, WA  98101
   Telephone:  206.389.4510
8  Facsimile:   206.389.4511

9  Thomas N. FitzGibbon (CSB No. 169194)
   tom@apexlaw.com
10 APEX LAW APC
   233 Wilshire Blvd., Suite 400
11 Santa Monica, CA 90401
   Telephone:  310.230.5280
12 Facsimile:   310.496.3175

13

14 Attorneys for Plaintiff
   NATIONAL PRODUCTS INC.

15

16 BRUCE G. CHAPMAN (CSB No. 164258)
   bchapman@sheppardmullin.com
17 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
18 Los Angeles, CA  90071-1422
   Telephone:  213.620.1780
19 Facsimile:   213.620.1398

20 MARC A. KARISH (CSB No. 205440)
   marc.karish@kb-ip.com
21 ERIC BJORGUM (CSB No. 198392)
   eric.bjorgum@kb-ip.com
22

23 KARISH & BJORGUM, PC
   119 E. Union Street, Suite B
24 Pasadena, CA  91103
   Telephone:  213.785.8070
25 Facsimile:   213.995.5010

26 Attorneys for Defendant
   ARKON RESOURCES, INC.
27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL          1       Case No. 2:18-CV-02936-AB (SSx)

1        Plaintiff National Products Inc. ("NPI") and Defendant Arkon Resources,

2   Inc. ("Arkon") have reached a settlement agreement.  Pursuant to Federal Rule of

3   Civil Procedure 41(a)(1)(A)(ii) and in accordance with the terms of the settlement

4   agreement, NPI and Arkon hereby stipulate to dismissal with prejudice and without

5   costs and fees to any party of Civil Case No. 2:18-CV-02936-AB (SSx).

6

7   Dated:  April 10, 2019          Respectfully submitted,

8                               FENWICK & WEST LLP

9

10                              By: /s/ *Jessica M. Kaempf*
                               Jonathan T. McMichael (CSB No. 304737)

11                                 David K. Tellekson (admitted *pro hac vice*)

12                                 Ewa M. Davison (admitted *pro hac vice*)
                               Jessica M. Kaempf (admitted *pro hac vice*)

13                                 1191 Second Avenue, 10th Floor

14                                 Seattle, WA 98101
                               Tel:    206.389.4510

15                                 Fax:    206.389.4511

16                                 Email:  jmcmichael@fenwick.com
                                         dtellekson@fenwick.com

17                                           edavison@fenwick.com

18                                           jkaempf@fenwick.com

19                                 Attorneys for Plaintiff
                               NATIONAL PRODUCTS INC.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Dated: April 10, 2019

2

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

3

By: /s/ *Bruce G. Chapman*

4

Bruce G. Chapman (CSB No. 164258)

5

333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422

6

Tel:     213.620.1780

7

Fax:     213.620.1398
Email:  bchapman@sheppardmullin.com

8

9

Attorney for Defendant
ARKON RESOURCES, INC.

10

11   Dated: April 10, 2019

12

KARISH & BJORGUM, PC

13

By: /s/ *Marc A. Karish*

14

Marc A. Karish (CSB No. 205440)
Eric Bjorgum (CSB No. 198392)

15

119 E. Union Street, Suite B

16

Pasadena, CA  91103
Tel:     213.785.8070

17

Fax:     213.995.5010

18

Email:  marc.karish@kb-ip.com
            eric.bjorgum@kb-ip.com

19

20

Attorneys for Defendant
ARKON RESOURCES, INC.

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## ATTESTATION OF SIGNATURES

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: /s/ *Jessica M. Kaempf*
Jessica M. Kaempf

STIPULATION OF DISMISSAL          4          Case No. 2:18-CV-02936-AB (SSx)